**AMENDED** CRIMINAL COMPLAINT
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>**v.**<br>**Ramses Rivera**<br>DOB: 2007; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-12301MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about August 22, 2025, in the District of Arizona, **Ramses Rivera** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Smith & Wesson M&P pistol and magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 22, 2025, at approximately 5:48 p.m., **Ramses RIVERA** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they encountered **Ramses RIVERA**, a United States Citizen, who presented himself to U.S. Customs and Border Protection (CBP) for inspection at the port of entry in the outbound pedestrian lanes. **RIVERA** attempted to run away from CBPOs to enter Mexico when CBPOs asked to conduct a pat down. **RIVERA** ran into a locked gate between the U.S. and Mexico, causing injury to his head and causing him to fall over. When **RIVERA** stood up and as CBPOs were running to apprehend him, he attempted to toss an unloaded Smith & Wesson M&P pistol and accompanying magazine from his waistband. **RIVERA** was detained by CBPOs without further incident. **RIVERA** was transported to Holy Cross Hospital where he was medically cleared by medical personnel and transported back to the port of entry by CBPOs. The serial number on the Smith & Wesson M&P CBPOs found on RIVERA's person is HBE4202.

In a post-*Miranda* statement, **RIVERA** stated that he was sent to cross the weapon by a man named "Joseph" or "Brandon" whom he had known for approximately 2-3 weeks after they met at a nightclub in Nogales, Sonora, Mexico. **RIVERA** had crossed into Arizona through the Mariposa Port of Entry on foot at approximately 5:00 p.m. earlier that day. He left the cell phone that he used to communicate with "Joseph" in Mexico but messaged him through the Messenger app before he crossed. "Joseph" had planned to pick him up in a vehicle at the Shell gas station nearby. **RIVERA** got into a black sedan with "Joseph" who then drove him to the McDonald's near the DeConcini Port of Entry. The firearm was in the cup holder of the vehicle and **RIVERA** took it and put it in his waistband in an "appendix carry" style laying flat against his stomach/pelvic area. "Joseph" explained to **RIVERA** that when he got to Mexico with the firearm, someone else who was unknown to **RIVERA** would pick

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *J. Sottosanti* | SIGNATURE OF COMPLAINANT<br>HEATHER L MCCORKEL Digitally signed by HEATHER L MCCORKEL Date: 2026.02.12 14:29:19 -07'00'<br><br>OFFICIAL TITLE<br>HSI SA Heather McCorkel |
| **Sworn by telephone _x__** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera | DATE<br>February 12, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

him up. **RIVERA** stated this was his first time attempting to cross weapons for money and he confirmed that he did not have an export license. **RIVERA** stated that he was going to be paid $150 in cash when he got to Mexico, but he was unsure who would give him the money.

Prosecution was deferred due to the injury to **RIVERA's** head.

The firearm and magazine found on **RAMSES RIVERA's** person qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **RAMSES RIVERA** did not possess an import/export license nor present one to the CBPOs.