TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant United States Attorney
State Bar No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2026 MAR -4 PM 3: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-00925 TUC-RCC(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 554(a)<br>(Attempted Smuggling Goods from the United States)<br>Count One |
| Ramses Rivera, | |
| Defendant. | 18 U.S.C. § 933(a)(2)<br>(Felony Receipt of a Firearm)<br>Count Two |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

On or about August 22, 2025, in the District of Arizona, Defendant RAMSES RIVERA knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one (1) Smith & Wesson M&P pistol, and one (1) 9mm magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

All in violation of Title 18, United States Code, Section 554(a).

## COUNT TWO

On or about August 22, 2025, in the District of Arizona, defendant RAMSES RIVERA, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: one (1) Smith & Wesson M&P pistol, knowing or having reasonable cause to believe that such receipt could constitute a felony, to wit: Title 18, United States Code § 554(a) Attempted Smuggling Goods from the United States.

All in violation of Title 18, United States Code, Section 933(a)(2) and (b).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 4, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
JULIE A. SOTTOSANTI
Assistant United States Attorney

*United States of America v. Rivera*
*Indictment Page 2 of 2*